433 A.2d 107

Capital Cons. Discount Co. v. Hickey, Appellant.

Petition for Allowance of Appeal Denied July 10, 1981.

Argued April 15, 1980. John Stember, for appellant; Donnell D. Reed, submitted a brief on behalf of appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.